COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
NO: BD-2020-003

IN RE: Paul George Kolesnikovas

JUDGMENT OF DISBARMENT
ACCEPTING AFFIDAVIT OF RESIGNATION

This matter came before the Court, Budd, J., on an Affidavit of Resignation submitted by Paul George Kolesnikovas pursuant to S.J.C. Rule 4:01, § 15, with the Recommendation and Vote of the Board of Bar Overseers (Board) and a letter dated April 24, 2020, from assistant bar counsel to general counsel of the Board requesting that the affidavit of resignation be accepted and that a judgment of disbarment enter retroactive to the date of the lawyer's temporary suspension, filed by the Board on May 21, 2020. Upon consideration thereof, it is ORDERED and ADJUDGED that:

The Affidavit of Resignation be, and hereby is accepted and that Paul George Kolesnikovas is hereby disbarred from he practice of law in the Commonwealth retroactive to February 18, 2020, and the lawyer's name is forthwith stricken from the Roll of Attorneys.

By the Court, (Budd, J.)

Assistant Clerk

Entered: June 23, 2020

A True Copy
Attest
6/23/20
Date
Assistant Clerk